No. 85–47.   Whitt, Executor of the Estate of Whitt *v.* Commissioner of Internal Revenue.   C. A. 11th Cir.   Certiorari denied.

No. 85–109.   Dean *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 85–175.   Garwood *v.* United States.   Ct. Mil. App.   Certiorari denied.

No. 85–178.   De Le Puente *v.* United States.   C. A. 3d Cir.   Certiorari denied.

No. 85–179.   California Energy Resources Conservation and Development Commission *v.* Bonneville Power Administration.   C. A. 9th Cir.   Certiorari denied.

No. 85–199.   Dellinger, Inc., et al. *v.* United States.   C. A. 4th Cir.   Certiorari denied.

No. 85–220.   Burlington Northern Railroad Co. *v.* Cherner, Judge of the Tenth Judicial Circuit of Alabama.   Sup. Ct. Ala.   Certiorari denied.

No. 85–241.   McSurely et al. *v.* McClellan et al.; and
No. 85–420.   Brick *v.* McSurely et al.   C. A. D. C. Cir.   Certiorari denied.   Reported below: 243 U. S. App. D. C. 270, 753 F. 2d 88.

No. 85–260.   Manhattan Industries, Inc. *v.* Goldstein.   C. A. 11th Cir.   Certiorari denied.

No. 85–333.   Modine Manufacturing Co. *v.* United States Environmental Protection Agency.   C. A. 3d Cir.   Certiorari denied.

No. 85–350.   Farley *v.* Roberts.   Ct. App. Tex., 6th Sup. Jud. Dist.   Certiorari denied.

No. 85–362.   California State Lands Commission *v.* United States et al.   C. A. 9th Cir.   Certiorari denied.